# IN THE UNITED STATES DISTRICT COURT
# FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| FREDERICK CULLEN | : | |
| *Plaintiff*, | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| SELECT MEDICAL CORP., | : | No. 17-3479 |
| *Defendant*. | : | |

## O R D E R

**AND NOW**, this 17th day of August, 2018, upon consideration of the Motion for Summary Judgment (Doc. No. 40), the Response in Opposition (Doc. No. 46), the Reply in Support (Doc. No. 50), the Sur-reply in Opposition (Doc. No. 52), and oral argument held on July 5, 2018, it is **ORDERED** that the Motion for Summary Judgment (Doc. No. 40) is **GRANTED** as outlined in the Court's August 17, 2018 Memorandum Opinion.

It is **FURTHER ORDERED** that the Motion in Limine (Doc. No. 39) is **DENIED** as **MOOT**. The Clerk of Court shall mark this case **CLOSED** for all purposes, including statistics.

BY THE COURT:

  /s/ Gene E.K. Pratter
GENE E.K. PRATTER
UNITED STATES DISTRICT JUDGE